**Michael J. GARBE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 41051.

Missouri Court of Appeals,
Western District.

March 21, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

Application to Transfer Denied
June 13, 1989.

Anita Burns, Asst. Public Defender, Liberty, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).